### 3AP CHAPTER 13 PLAN (Individual Adjustment of Debts)

■ ___3rd___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Michael J. Salina     JOINT DEBTOR: Sharon E. Salina     CASE NO.: 12-28899-PGH
Last Four Digits of SS# 9166     Last Four Digits of SS# 1060

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ _363.00_ for months _1_ to _60_;
  B.  $_____ for months _____ to _____;
  C.  $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ _4,150.00 ($3500 atty fee; $150 costs; $500 (522 motion)_ TOTAL PAID $ _1,219.00_
Balance Due: $ _2,931.00_ payable $ _330.00_/month (Months _1_ to _5_); and $ _256.20_/month (Months _6_ to _10_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Matrix Servicing/ State Bridge Co/OPPSREO, LLC     Arrearage on Petition Date     $ PAID OUTSIDE PLAN
Address: P.O. Box 42008                  Arrears Payment      $_____/month (Months _____ to _____)
         Phoenix, AZ 85080               Regular Payment      $_____/month (Months _____ to _____)
Acct. Ending: 1945 and/or 3216     **Property is 12672 Sandy Run Road, Jupiter, FL**

2. _____     Arrearage on Petition Date     $_____
Address: _____       Arrears Payment      $_____/month (Months _____ to _____)
         _____       Regular Payment      $_____/month (Months _____ to _____)
Acct. Ending: _____

3. _____     Arrearage on Petition Date     $_____
Address: _____       Arrears Payment      $_____/month (Months _____ to _____)
         _____       Regular Payment      $_____/month (Months _____ to _____)
Acct. Ending: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
                                 Payable    $_____/month (Months _____ to _____) Regular Payment $ N/A

Unsecured Creditors: Pay $ _73.80_/month (Months _6_ to _10_); and $ _330.00_/month (Months _11_ to _60_)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Michael J. Salina                    /s/ Sharon E. Salina
Debtor                                    Joint Debtor
Date: 11/7/2012                           Date: 11/7/2012

LF-31 (rev. 01/08/10)